**Andrew P. Holland/Bar No. 224737**
aholland@thoits.com
**Stephen C. Gerrish/Bar No. 161253**
sgerrish@thoits.com
**THOITS, LOVE, HERSHBERGER & McLEAN**
A Professional Law Corporation
285 Hamilton Avenue, Suite 300
Palo Alto, California 94301
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

**Attorneys for Defendant**
**Pacific Cheese Co., Inc.**

THOITS, LOVE, HERSHBERGER & McLEAN
A PROFESSIONAL LAW CORPORATION
285 Hamilton Avenue, Suite 300
PALO ALTO, CALIFORNIA 94301
(650) 327-4200

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NERY'S USA, INC., a Nevada Corporation,**<br><br>Plaintiff,<br><br>v.<br><br>**ZAHAVA GROUP, INC., A California Corporation, DAVID FINKELSTEIN, An Individual, REPRESENTACIONES DE CALIFORNIA, S.A. DE C.V; ALIMENTADOR DEL PACIFICO, S.A. DE C.V.; PACIFIC CHEESE CO., INC., A California Corporation; AND DOES 1-100,**<br><br>Defendants. | No. 11-CV-1469 BEN JMA<br><br>**ANSWER TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>**[JURY TRIAL DEMANDED]** |

Defendant Pacific Cheese Co., Inc. ("Pacific Cheese" or "Defendant") answers the Complaint filed by Nery's USA, Inc. ("Nery's" or "Plaintiff") as follows:

**THE PARTIES**

1. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 1 concerning Nery's, and on those grounds

THOITS, LOVE, HERSHBERGER & McLEAN
A PROFESSIONAL LAW CORPORATION
285 Hamilton Avenue, Suite 300
PALO ALTO, CALIFORNIA 94301
(650) 327-4200

denies those allegations.

2. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 2 concerning Zahava Group, Inc., and on those grounds denies those allegations.

3. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 3 concerning David Finkelstein, and on those grounds denies those allegations.

4. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 4 concerning Representaciones De California, S.A. de C.V., and on those grounds denies those allegations.

5. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 5 concerning Alimentador Del Pacifico S.A. de C.V., and on those grounds denies those allegations.

6. Pacific Cheese admits that it is a California Corporation located in Hayward, California. Except as expressly admitted herein, Pacific Cheese denies the allegations of Paragraph 6.

7. Pacific Cheese neither admits nor denies the allegations contained in Paragraph 7 because those allegations are conclusions of law to which no response is required. To the extent those allegations may be deemed allegations of fact, Pacific Cheese denies the allegations of Paragraph 7.

8. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 8 and on those grounds denies those allegations.

**General Allegations**

9. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 9 and on those grounds denies those

allegations.

10. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 10 and on those grounds denies those allegations.

11. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 11 and on those grounds denies those allegations.

12. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 12 and on those grounds denies those allegations.

13. Pacific Cheese admits that it received a letter dated May 3, 2010 which was purportedly sent by counsel for Comercial Targa, S.A. DE C.V., and said letter speaks for itself. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 13 and on those grounds denies those allegations.

14. Pacific Cheese denies that it has used the Nery's mark in connection with cheese products in violation of Nery's USA's legal rights. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 14 and on those grounds denies those allegations.

15. Pacific Cheese denies the allegations contained in Paragraph 15 as they relate to Pacific Cheese. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 15 and on those grounds denies those allegations.

16. Pacific Cheese denies the allegations contained in Paragraph 16 as they relate to Pacific Cheese. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 16 and on those grounds denies

THOITS, LOVE, HERSHBERGER & McLEAN
A PROFESSIONAL LAW CORPORATION
285 Hamilton Avenue, Suite 300
PALO ALTO, CALIFORNIA 94301
(650) 327-4200

THOITS, LOVE, HERSHBERGER & McLEAN
A PROFESSIONAL LAW CORPORATION
285 Hamilton Avenue, Suite 300
PALO ALTO, CALIFORNIA 94301
(650) 327-4200

those allegations.

**FIRST CLAIM FOR RELIEF**
**(Trademark Infringement and Counterfeiting 15 U.S.C. §1114)**

17. Pacific Cheese realleges and incorporates by reference each and every response contained in each of the above paragraphs as if fully set forth herein.

18. Pacific Cheese denies that it has infringed any intellectual property rights that Plaintiff may have in the Nery's mark. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 18 and on those grounds denies those allegations.

19. Pacific Cheese denies that it has infringed any intellectual property rights that Plaintiff may have in the Nery's mark. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 19 and on those grounds denies those allegations.

20. Pacific Cheese denies the allegations contained in Paragraph 20 as they relate to Pacific Cheese. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 20 and on those grounds denies those allegations.

21. Pacific Cheese denies the allegations contained in Paragraph 21 as they relate to Pacific Cheese. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 21 and on those grounds denies those allegations.

22. Pacific Cheese denies the allegations contained in Paragraph 22 as they relate to Pacific Cheese. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 22 and on those grounds denies those allegations.

THOITS, LOVE, HERSHBERGER & McLEAN
A PROFESSIONAL LAW CORPORATION
285 Hamilton Avenue, Suite 300
PALO ALTO, CALIFORNIA 94301
(650) 327-4200

**SECOND CLAIM FOR RELIEF**
**(Common Law Trademark Infringement)**

23. Pacific Cheese realleges and incorporates by reference each and every response contained in each of the above paragraphs as if fully set forth herein.

24. Pacific Cheese neither admits nor denies the allegations contained in Paragraph 24 because those allegations are conclusions of law to which no response is required. To the extent those allegations may be deemed allegations of fact, Pacific Cheese denies the allegations of Paragraph 24.

25. Pacific Cheese denies that it has infringed any intellectual property rights that Plaintiff may have in the Nery's mark. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 25 and on those grounds denies those allegations.

26. Pacific Cheese denies the allegations contained in Paragraph 26 as they relate to Pacific Cheese. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 26 and on those grounds denies those allegations.

**THIRD CLAIM FOR RELIEF**
**(False Advertising – 15 U.S.C. §1125(a))**

27. Pacific Cheese realleges and incorporates by reference each and every response contained in each of the above paragraphs as if fully set forth herein.

28. Pacific Cheese denies the allegations contained in Paragraph 28 as they relate to Pacific Cheese. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 28 and on those grounds denies those allegations.

29. Pacific Cheese denies the allegations contained in Paragraph 29 as they relate to Pacific Cheese. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 29 and on those grounds denies

those allegations.

30. Pacific Cheese denies the allegations contained in Paragraph 29 as they relate to Pacific Cheese. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 29 and on those grounds denies those allegations.

**FOURTH CLAIM FOR RELIEF**
**(Breach of Agreement)**

31. Pacific Cheese realleges and incorporates by reference each and every response contained in each of the above paragraphs as if fully set forth herein.

32. Pacific Cheese denies the allegations contained in Paragraph 32 as they relate to Pacific Cheese. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 32 and on those grounds denies those allegations.

33. Pacific Cheese neither admits nor denies the allegations contained in Paragraph 33 because those allegations are conclusions of law to which no response is required. To the extent those allegations may be deemed allegations of fact, Pacific Cheese denies the allegations of Paragraph 33 as they relate to Pacific Cheese.

34. Pacific Cheese neither admits nor denies the allegations contained in Paragraph 34 because those allegations are conclusions of law to which no response is required. To the extent those allegations may be deemed allegations of fact, Pacific Cheese denies the allegations of Paragraph 34 as they relate to Pacific Cheese.

35. Pacific Cheese denies the allegations contained in Paragraph 35 as they relate to Pacific Cheese. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 35 and on those grounds denies those allegations.

36. Pacific Cheese denies the allegations contained in Paragraph 36 as they relate to

THOITS, LOVE, HERSHBERGER & McLEAN
A PROFESSIONAL LAW CORPORATION
285 Hamilton Avenue, Suite 300
PALO ALTO, CALIFORNIA 94301
(650) 327-4200

Pacific Cheese. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 36 and on those grounds denies those allegations.

**FIFTH CLAIM FOR RELIEF**
**(Breach of Implied Covenant of Good Faith and Fair Dealing)**

37. Pacific Cheese realleges and incorporates by reference each and every response contained in each of the above paragraphs as if fully set forth herein.

38. Pacific Cheese neither admits nor denies the allegations contained in Paragraph 38 because those allegations are conclusions of law to which no response is required. To the extent those allegations may be deemed allegations of fact, Pacific Cheese denies the allegations of Paragraph 38 as they relate to Pacific Cheese.

39. Pacific Cheese neither admits nor denies the allegations contained in Paragraph 39 because those allegations are conclusions of law to which no response is required. To the extent those allegations may be deemed allegations of fact, Pacific Cheese denies the allegations of Paragraph 39 as they relate to Pacific Cheese.

40. Pacific Cheese denies the allegations contained in Paragraph 40 as they relate to Pacific Cheese. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 40 and on those grounds denies those allegations.

41. Pacific Cheese denies the allegations contained in Paragraph 41 as they relate to Pacific Cheese. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 41 and on those grounds denies those allegations.

42. Pacific Cheese denies the allegations contained in Paragraph 42 as they relate to Pacific Cheese. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 42 and on those grounds denies

THOITS, LOVE, HERSHBERGER & McLEAN
A PROFESSIONAL LAW CORPORATION
285 Hamilton Avenue, Suite 300
PALO ALTO, CALIFORNIA 94301
(650) 327-4200

THOITS, LOVE, HERSHBERGER & McLEAN
A PROFESSIONAL LAW CORPORATION
285 Hamilton Avenue, Suite 300
PALO ALTO, CALIFORNIA 94301
(650) 327-4200

those allegations.

**SIXTH CLAIM FOR RELIEF**
**(Unfair Competition under California Business and Professions Code §17200/17500, *et. seq.*)**

43. Pacific Cheese realleges and incorporates by reference each and every response contained in each of the above paragraphs as if fully set forth herein.

44. Pacific Cheese denies the allegations contained in Paragraph 44 as they relate to Pacific Cheese. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 44 and on those grounds denies those allegations.

45. Pacific Cheese denies the allegations contained in Paragraph 45 as they relate to Pacific Cheese. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 45 and on those grounds denies those allegations.

46. Pacific Cheese denies the allegations contained in Paragraph 46 as they relate to Pacific Cheese. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 46 and on those grounds denies those allegations.

47. Pacific Cheese denies the allegations contained in Paragraph 47 as they relate to Pacific Cheese. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 47 and on those grounds denies those allegations.

48. Pacific Cheese denies the allegations contained in Paragraph 48 as they relate to Pacific Cheese. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 48 and on those grounds denies those allegations.

\ \

**SEVENTH CLAIM FOR RELIEF**
**(Intentional Interference with Prospective Economic Advantage)**

49. Pacific Cheese realleges and incorporates by reference each and every response contained in each of the above paragraphs as if fully set forth herein.

50. Pacific Cheese denies the allegations contained in Paragraph 50 as they relate to Pacific Cheese. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 50 and on those grounds denies those allegations.

51. Pacific Cheese denies the allegations contained in Paragraph 51 as they relate to Pacific Cheese. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 51 and on those grounds denies those allegations.

52. Pacific Cheese neither admits nor denies the allegations contained in Paragraph 52 because those allegations are conclusions of law to which no response is required. To the extent those allegations may be deemed allegations of fact, Pacific Cheese denies the allegations of Paragraph 52 as they relate to Pacific Cheese.

53. Pacific Cheese denies the allegations contained in Paragraph 53 as they relate to Pacific Cheese. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 53 and on those grounds denies those allegations.

**EIGHTH CLAIM FOR RELIEF**
**(Fraud)**

54. Pacific Cheese realleges and incorporates by reference each and every response contained in each of the above paragraphs as if fully set forth herein.

55. Pacific Cheese denies the allegations contained in Paragraph 55 as they relate to Pacific Cheese. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 55 and on those grounds denies

THOITS, LOVE, HERSHBERGER & McLEAN
A PROFESSIONAL LAW CORPORATION
285 Hamilton Avenue, Suite 300
PALO ALTO, CALIFORNIA 94301
(650) 327-4200

THOITS, LOVE, HERSHBERGER & McLEAN
A PROFESSIONAL LAW CORPORATION
285 Hamilton Avenue, Suite 300
PALO ALTO, CALIFORNIA 94301
(650) 327-4200

those allegations.

56. Pacific Cheese denies the allegations contained in Paragraph 56 as they relate to Pacific Cheese. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 56 and on those grounds denies those allegations.

57. Pacific Cheese denies the allegations contained in Paragraph 57 as they relate to Pacific Cheese. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 57 and on those grounds denies those allegations.

58. Pacific Cheese denies the allegations contained in Paragraph 58 as they relate to Pacific Cheese. Pacific Cheese is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 58 and on those grounds denies those allegations.

## FURTHER ANSWER AND AFFIRMATIVE DEFENSES

By way of further Answer and as affirmative defenses, Pacific Cheese affirmatively asserts that it has not infringed any applicable trademarks under federal or state law and further denies that it is liable to Plaintiff on any of the claims alleged and denies that Plaintiff is entitled to damages of any kind or nature, restitution, equitable relief, attorneys' fees, costs, pre-judgment interest or to any relief whatsoever. Pacific Cheese further alleges as follows:

## FIRST AFFIRMATIVE DEFENSE

Pacific Cheese alleges that the Complaint fails to state facts sufficient to constitute a claim on which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Pacific Cheese alleges that at all time herein mentioned, Plaintiff has failed to mitigate its damages, to the extent it has suffered any.

\ \

THOITS, LOVE, HERSHBERGER & McLEAN
A PROFESSIONAL LAW CORPORATION
285 Hamilton Avenue, Suite 300
PALO ALTO, CALIFORNIA 94301
(650) 327-4200

**THIRD AFFIRMATIVE DEFENSE**

Pacific Cheese alleges that the claims made in the Complaint are barred, in whole or in part, by the doctrines of fair use, nominative fair use and/or descriptive use, and due to the generic nature of mark or terms in question.

**FOURTH AFFIRMATIVE DEFENSE**

Pacific Cheese alleges that the claims made in the Complaint are barred, in whole or in part, because any infringement of which Plaintiff complains was innocent.

**FIFTH AFFIRMATIVE DEFENSE**

Pacific Cheese alleges that the claims made in the Complaint are barred by laches, in that Plaintiff has unreasonably delayed efforts to enforce its rights, if any, despite its full awareness of Pacific Cheese's actions.

**SIXTH AFFIRMATIVE DEFENSE**

Pacific Cheese alleges that each of the purported claims set forth in the Complaint are barred by the doctrines of waiver, acquiescence, and estoppel.

**SEVENTH AFFIRMATIVE DEFENSE**

Pacific Cheese alleges that the claims asserted by Plaintiff are barred by the doctrine of unclean hands.

**EIGHTH AFFIRMATIVE DEFENSE**

Pacific Cheese alleges that the Complaint, and any relief to which Plaintiff claims entitlement, is barred by the statutes of frauds.

**NINTH AFFIRMATIVE DEFENSE**

Pacific Cheese alleges that Plaintiff lacks standing to sue for federal trademark infringement because the Nery's mark, serial number 77699776, was not a federally registered trademark at the time the alleged infringement purportedly occurred.

**TENTH AFFIRMATIVE DEFENSE**

Pacific Cheese alleges that the Complaint, and any relief to which Plaintiff claims

entitlement, is barred because Plaintiff has been paid for any sums due and owing, however characterized or for whatever purpose.

**ELEVENTH AFFIRMATIVE DEFENSE**

Pacific Cheese alleges that at all relevant times, it acted with reasonable business justification and in good faith toward Plaintiff, and with good cause for its actions, such that its conduct was justified and privileged.

**TWELFTH AFFIRMATIVE DEFENSE**

Pacific Cheese alleges that the obligations alleged by Plaintiff cannot be enforced against Pacific Cheese based on any contract on which Plaintiff relies.

**THIRTEENTH AFFIRMATIVE DEFENSE**

Pacific Cheese alleges that if, as alleged, Plaintiff was injured or damaged, then said injuries or damages were a direct and proximate result of the intervening and superseding negligence, misrepresentation, or fault on the part of Plaintiff and/or the other defendants and that this intervening and superseding negligence, misrepresentation, or fault bars recovery herein.

**ADDITONAL DEFENSES**

Pacific Cheese reserves the right to assert additional defenses based on information obtained during discovery.

WHEREFORE, Pacific Cheese prays that Plaintiff take nothing by its complaint, that judgment be entered thereon in Pacific Cheese's favor and that it be awarded its costs of suit incurred herein and such other and further relief as the court may deem proper.

\ \

\ \

\ \

\ \

\ \

THOITS, LOVE, HERSHBERGER & McLEAN
A PROFESSIONAL LAW CORPORATION
285 Hamilton Avenue, Suite 300
PALO ALTO, CALIFORNIA 94301
(650) 327-4200

Dated: July 27, 2011.

**THOITS, LOVE, HERSHBERGER & McLEAN**
**Attorneys for Defendant PACIFIC CHEESE CO., INC.**

By *s/Andrew P. Holland*

Andrew P. Holland/ CA Bar No. 224737
A Professional Law Corporation
285 Hamilton Avenue, Suite 300
Palo Alto, California 94301
Telephone: (650) 327-4200
Facsimile: (650) 325-5572
E-mail: aholland@thoits.com

THOITS, LOVE, HERSHBERGER & McLEAN
A PROFESSIONAL LAW CORPORATION
285 Hamilton Avenue, Suite 300
PALO ALTO, CALIFORNIA 94301
(650) 327-4200