# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NERY'S USA, INC.,<br><br>　　　　　　　　　　　Plaintiff,<br>vs.<br>ZAHAVA GROUP, INC. et al.,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 11cv1469 BEN (JMA)<br><br>**ORDER GRANTING MOTION TO REMAND** |

Defendant Zahava Group, Inc.'s unopposed Motion to Remand is before the Court. (Dkt. No. 4.) On July 1, 2011, Defendant Pacific Cheese Co., Inc. filed a Notice of Removal, removing this case from San Diego Superior Court. On July 26, 2011, Defendant Zahava Group moved to remand the case because Defendant Pacific Cheese failed to obtain Defendant Zahava Group's consent to removal. On August 5, 2011, Defendant Pacific Cheese filed a Statement of Non-Opposition to the Motion. (Dkt. No. 7.)

Because Pacific Cheese failed to obtain Zahava's consent to removal, the case must be remanded. "In cases involving multiple defendants, 'all defendants must join in a removal petition.'" *Proctor v. Vishay Intertechnology, Inc.*, 584 F.3d 1208, 1224 (9th Cir. 2009) (quoting *Hewitt v. City of Stanton*, 798 F.2d 1230, 1232 (9th Cir. 1986)). Defendant Pacific Cheese's removal was improper and the case must be remanded. Defendant Zahava Group's Motion to Remand is **GRANTED** and the case is **REMANDED** to San Diego Superior Court.

1     The August 29, 2011 hearing date is **VACATED**.

3 **IT IS SO ORDERED.**

5 DATED: August 19, 2011

_____
Hon. Roger T. Benitez
United States District Judge